

FILED
9/8/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

AUG 0 4 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Antonio Lamar Smith

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

1:16-cv-7883
Judge Robert M. Dow, Jr.
Magistrate Judge Jeffrey Cole
PC6

Thomas Dart
Cook County Sheriff G. Potamites
Cook County Sheriff Sgt. Houston
Cook County Sheriff Sgt. Mcgee

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

**AMENDED COMPLAINT**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

**COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

**OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

Reviewed: 8/2013

**I. Plaintiff(s):**

A. Name: Antonio Lamar Smith

B. List all aliases: Tony

C. Prisoner identification number: 20140322031

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chicago, Il. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Thomas Dart

Title: Head Cook County Sheriff

Place of Employment: Cook County Jail

B. Defendant: G. Potamites

Title: Cook County Sheriff

Place of Employment: Cook County Jail

C. Defendant: Officer Houston

Title: Cook County Sheriff Sgt.

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. Defendants Continued

D) Defendant: Officer Mcgee

Title: Cook County Sheriff Sgt.

Place Of Employment: Cook County Jail

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Smith V. IDOC (2009) I do not have access to Docket Number

B. Approximate date of filing lawsuit: 2009

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Antonio Smith (myself)

D. List all defendants: IDOC

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: excess time

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): dissmissed Statue of Limitations (Strike 1)

I. Approximate date of disposition: 2009 - 2010

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

III. Continued

2 & 3

A. Smith V. Jefferson County

I do not have access nor Rember docket number

B. 2016

C. Antero L. Smith (myself)

D. Jefferson County

E. Southern district & Northern district of Illinois

F. N/A

G. N/A

H. dismissed (Stroke 2 & 3)

I. 2010

4

A. Smith V. County Of Cook, Anita Alvarez, Jennifer Bagby

B. 2014 (I do not have access nor remember docket numbers)

C. Antonio L. Smith (myself)

D. Anita Alvarez, Jennifer Bagby

E. Northern District Of Illinois

F. N/A

G. N/A

H. dismissed (failure to state strikes)

I 2014-2015

Urgent * → SAFETY → Emergency → Due to immediate harm (physical) I have continously been placed in since June of 2016 from a series of assaults, I ask that you consider this suit and overlook the 3 strikes I have, and allow me to file this current suit. And also due to the seriousness of this suit, I'm in danger and have been for a couple months!

III. Continued

2 & 3

A. Smith V. Jefferson County
I do not have access nor Rember docket number

B. 2016

C. Antero L. Smith (myself)

D. Jefferson County

E. Southern district & Northern district of Illinois

F. N/A

G. N/A

H. dismissed (Stroke 2 & 3)

I. 2010

4

A. Smith V. County Of Cook, Anita Alvarez, Jennifer Bagby

B. 2014 (I do not have access nor remember docket numbers)

C. Antonio L. Smith (myself)

D. Anita Alvarez, Jennifer Bagby

E. Northern District Of Illinois

F. N/A

G. N/A

H. dismissed (failure to state Strikes)

I. 2014-2015

Urgent * → SAFETY → Emergency → Due to immediate harm (physical) I have continously been placed in Since June of 2016 from a Series of assaults, I ask that you consider this suit and → over look the 3 strikes I have, and allow me to file this current Suit. And also due to the Seriousness of this suit, i'm in danger and have been for a couple months!

IV Statement of Claim

CLAIMS:
1.) Deliberate Indifference 2.) Negligence 3.) Failure To Protect
4.) Breach of Security

I was assaulted by a multi of inmates while being struck repeatedly with fist & brooms until they broke, AFTER Cook County Sheriff personelle had known or should have known that I was not supposed to have been assigned back on this tier due to recent physical altercations I was involved in. And furthermore, while being assaulted, Cook County Sheriff personelle failed to subdue my attackers & left me on this tier while he ran out, locked the door and refused to open it when I tried to get to the door...

During the first 2 weeks of June 2016, I informed Sgt. Houston that I was having hostile altercations with inmates on the tier that I was assigned to & that I needed to be relocated to a tier where there were less violent inmates. Sgt. Houston told me several times that he would "work on it", but never did anything about my issues. On June 9th 2016, I spoke with Sgt. Mcgee, and also told him I was in hostile altercations with the inmates on the tier & that I didn't want to fight them. He further brushed off my issues and attempted to redirect our conversation to the topic of "who were my bootcamp instructors back in 2003". I told Sgt. Mcgee that the bootcamp topic was irrelevant & that I needed to get off this tier because I didn't want to fight & go to the hole. He then stated that "it's the end of his shift and there was nothing he could do".

On June 10th 2016 division 10 tier 2D, I was involved in a fight with an inmate I priorly told Cook County Sheriffs about. While officers told me to get on the ground and

Stop fighting, I complied. After complying to these orders, I was subsequently struck from behind by another inmate. Everyone was then maced, cuffed & taken to Division 9 tier 1F Segregation, where I spent the next 7 days.

On June 16th 2016, while in Segregation, I was told to leave Segregation & that i'd be going back to division 10 tier 2D because there were several openings on that tier. I asked the officers if they could have me placed on another tier, Cook County Sheriff M. Kruzel responded that classification has already made their decision to place me on tier 2D. I then refused & stayed in Segregation and given a "ticket" for refusing to leave Segregation because I didn't want to go back to Division 10 tier 2D. This was reported under incident report No. Div 9-2016-9818.

Upon getting out of Segregation June 17th 2016, I was transferred back to Division 10 tier 2D, which is the Same tier I Complained to Sgt(s) Houston & Mcgee and the Same tier I was in a fight 1 week prior. The classification department in Cook County Jail, authorized by Thomas Dart, their boss, assigns inmates to tiers/divisions based on the seriousness of their charges, jail behavior history and security level; and puts them in segregation if they refuse to go where classification assigns them.

Within 2 minutes after being on the tier, while talking to an inmate in his cell, I was struck from behind by 2 unknown inmates, who were associates of the inmate I was in a fight with 1 week earlier. The officer on the tier (Potamites) when this occured, oddly let one of

my attackers out of his cell about 30 seconds before I was assaulted. Once the inmates began their attack on me the officer left the tier without attempting to mace my attackers. This officers name is G. Potamites. He closed the door & left me to defend myself. During this time, I was struck with fists and broom sticks, all while trying to avoid their attacks rather than fight back. I ran by the locked door as close as I could without getting hit, but the officer still didn't unlock it. I was repeatedly hit & suffered injuries to the back of my head, jaw side and left wrist from blocking from being hit in the face. Once the broom broke, one of my attackers attempted to use the broken part of the broom as a knife to stab me with. After what seemed like an eternity, the same officer who failed to protect me, came back on the tier with nearly 15 officers. But the damage was already done. I sustained 2 knots on the back of my head, a bruised left arm, a swollen jaw & my eyeglasses were broken. Mentally, whenever someones behind me, now I get nervous. I'm scared to leave my tier because I feel ill get assaulted by my attackers associates, I don't trust Cook County Sheriffs will protect me due to their disregard of my prior pleads & whenever an inmate has a broom, I think they'll attack me with it, thereby ruining my focus, concentration & security. This entire incident was recorded on security cameras & is partially documented in incident report Div. 10 - 2016-9910.

I subsequently filed grievances to have the entire matter investigated & also grieved that I need to be

removed from many divisions due to the constant confrontations I am involved in with inmates facing serious charges than mine, but I was denied relief in all of my grievances. And aswell, I wasn't supposed to have been classified as maximum security due to the fact that my criminal charges are soley based on me violating an order of protection by sending emails. Yet, I am placed in a maximum division with inmates facing murder(s), rape(s) & robbery charges [I.E. Violent Offenders] who tend to be hostile towards inmates with less serious charges than theirs; which explains many of the altercations i've been involved in. Every inmate had either a robbery, gun or murder charge.

By Security protocol, I was not supposed to have been placed back on tier 2D division 10 due to the prior incident that happened 1 week earlier on June 16th 2016. If classification would have properly looked into their incident report & security files and placed me on another tier than 2D, especially AFTER I spent more time in segregation for refusing to go on this tier, I would not have been placed back in that hostile environment. Aswell, if Sgt. Houston & Sgt. Mcgee would have moved me off the tier when I warned them 2 weeks before of the hostile altercations I was experiencing, I would not have been assaulted.

Cook County personelle then falsly documented that I wanted to go on this tier as a way to leave me liable rather them. Even if this is PARTIALLY true which it isn't, by security protocol, I was not supposed to have been back on that tier due to the fight I was in 1 week prior & the fact I stayed in segregation a day longer because I didn't want to go on this tier!

This constitutes deliberate indifference to a safe environment, breach of security, Negligence & failure to protect by Sgt. Houston, Sgt. Mcgee & the classification department of the Cook County jail who are authorized by Thomas Dart to perform their duties, who is their boss & head Cook County Sheriff

Officer G. Potamites, who was assigned to tier 2D, didn't even attempt to reach for his mace inorder to stop my attackers. He could not have been in fear for his own safety due to my attackers obvious pursuit to harm me, there lack of aggression towards this officer & aswell, there was a 2nd officer at the door backing him up. Officer G. Potamites ran off the tier & left me in a locked tier with unauthorized potential weapons such as mops, brooms that I was attacked with, which by security protocol, these items shouldn't have even been out. If officer G. Potamites would've atleast left the tier door unlocked when he ran out & abandoned me, I could've sought safety and then he could've locked the door. This officer aswell let 1 of my attackers out of their cell about 30 to 45 seconds before I was attacked, which is odd because at the time no inmate was supposed to be out of their cells due to commissary being distributed. And this temporary lockdown is common protocol in division 10. Officer G. Potamites' motives for letting my attacker out his cell is questionable because this inmate was not even receiving commissary.

If Officer G. Potamites would not have let this inmate out of his cell [who constantly gets transfered to

16

other Countries due to his maximum security level & prior incidents], had the brooms & mops properly locked away and would've attempted to mace my attackers or helped me get out to safety rather than abandoning me, I would not have been attacked & suffered the injuries I did. This constitutes deliberate indifference to a safe environment, negligence, failure to protect & breach of security by Officer G. Potamites and his boss Thomas Dart, who hired this officer & is the head Cook County Sheriff.

[illegible] (Mr. [illegible]) [illegible] to place me on tier 3D [illegible] segregation tier and given a "ticket" for refusing to go on tier 3D in division 10. This was reported under incident report [illegible] 2016 [illegible].

Upon getting out of segregation 6/[illegible]/2016, I was transferred back to division 10 and placed back on tier [illegible], which is the same tier [illegible] I was in a physical altercation 1 week earlier. The classification department [illegible] the [illegible], and [illegible] Thomas Dart, their boss, assigns inmates to tiers based on their case, jail history & security level, and puts inmates in segregation if they refuse to go where classification assigns them.

After [illegible] minutes of being on the tier [illegible] and [illegible] in my cell, I was struck from behind by [illegible] inmates who apparently were associates of the [illegible] I was in a physical altercation with 1 week earlier. The officer was on the tier when this occured and [illegible] of my attackers out of his cell about 30 seconds before I was assaulted. Once the inmates began their attack on me, the officer left the tier without attempting to [illegible] my attackers. This officers name is C. Potamites. He closed the

(Continue next page)

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm suing for monetary compensation due to the physical injuries & mental injuries sustained due to Thomas Darts Classification department & his Cook County Sheriffs [illegible]. I am suing for a total amount of $150,000.00 due to the defendants (1) Breach of Security, (2) Negligence, (3) Failure to Protect, and (4) Deliberate Indifference to A Safe Environment. I also want in injunction to have me reclassified back to medium security, placed in a medium division and to be treated equally as my 14th amendment provides me with!

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 7th day of July, 20 16

Antonio L. Smith
(Signature of plaintiff or plaintiffs)

Antonio L. Smith
(Print name)

20140322031
(I.D. Number)

P.O. BOX 089002
Chicago Il. 60608
(Address)

6/23

COOK COUNTY SHERIFF'S OFFICE *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

INMATE DISCIPLINARY REPORT *(INFORME DISCIPLINARIO INTERNO)*

Continued Security 6/7/16 Div 9 1F 1231

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV9-2016-9818 | N/A | 1312435 | 241018NB1 | IL48095060 | 0392779 |

**INMATE INFORMATION**

| Inmate's Name (Print) *(Nombre del recluso Imprimir)*: | Inmate's DOB *(Fecha de nacimento)*: | Booking Number: | Division/Unit(Division/unidad): | Inmate's Living Unit(Unidad de vida): |
|---|---|---|---|---|
| Antonio Smith | 9/19/1984 | 20140322031 | Division 9 | In-Cell |

**INFRACTION INFORMATION**

| ☐ VERBAL WARNING ☐ FORMAL CHARGE | Date of Infraction: | Time of Infraction: | Location of Infraction (Lugar de la Infraccion): | Restitution Form Attached: |
|---|---|---|---|---|
| | 6/16/2016 | 5:00 PM | DIVISION 9 | ☐ YES ☐ NO |

| NUMBER | CHARGE |
|---|---|
| 219 | Disobeying or Resisting Orders |

**■ DNA — VICTIM / WITNESS INFORMATION**

| Role | ID / Star | Name |
|---|---|---|
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | Antonio Smith |
| ☐ Victim ☐ Inmate ☑ Witness ☐ Staff ☐ Other: | ☐ ID #: ☐ Star #: | M KRUZEL |

**INFRACTION NARRATIVE *(Infraccion narrativa)***

ON 16JUN16 AT 1700HRS IN DIV 9 TIER 1F "SMART HOUSING". DEPUTY KRUZEL 17378 TOLD INMATE SMITH, ANTONIO #20140322031 TO PACK IT UP. INMATE SAID HE REFUSE TO GO. R/D NOTIFIED SGT SHEEHAN. END OF REPORT.

Material Confiscated/Evidence Bag Number ***(Attach photocopy of evidence)*** *Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

**CLASSIFICATION UNIT**

Inter-Agency Health Inquiry Submitted: ☐ YES ☐ NO ☐ DNA — If YES, Date Submitted: ______

Assesment Completed: ☐ DNA ☐ YES ☐ NO — If YES, where? ☐ Medical Health ☐ Mental Heatlh

Assesment Received: ☐ YES ☐ NO

Approved For Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA

Placed in Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA

If YES, Date/Time — Location:

Was Verbal Warning Issued: ☐ YES ☐ NO ☐ DNA

If Yes, Were Privileges Restricted ☐ YES ☐ NO ☐ DNA

Type of Priviledge adn Duration of Restriction

Classification Unit Personnel *(Print)*: — Title: — Star #

| | Name | Star # | Signature | Date |
|---|---|---|---|---|
| Reporting Personnel's Name *(Print)*: | M KRUZEL | 17378 | [signature] | 6/16/16 |
| Reviewing Supervisor's Name *(Print)*: | Sgt Sheehan [signature] | 3234 | Sgt Sheehan [signature] | 16 JUN 16 |
| Watch Commander *(Print)*: | [signature] | 690 | [signature] 690 | 6/16/16 |

Disciplinary Report Delivered to Inmate by *(Print Name)*: *(Informe disciplinario entregado al recluso por:)* M COBBLE — Star Number: (Numero de estrella) 690

| Date Delivered: *(Fecha de entrega:)* | Time Delivered: *(Tiempo de entrega:)* | Inmate's Signature: *(Firma del Recluso:)* |
|---|---|---|
| 6/16/2016 | 1840 | Refuser |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



cont cont'l 6/23

**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

Div10 1D1407

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV10-2016-9910 | N/A | 1312435 | 241018NB1 | IL48095060 | 0392779 |

**INMATE INFORMATION**

| Inmate's Name (Print) *(Nombre del recluso Imprimir)*: | Inmate's DOB *(Fecha de nacimento)*: | Booking Number: | Division/Unit(Division/unidad): | Inmate's Living Unit(Unidad de vida): |
|---|---|---|---|---|
| Antonio Smith | 9/19/1984 | 20140322031 | Division 10 | In-Transit |

**INFRACTION INFORMATION**

| ☐ VERBAL WARNING ☐ FORMAL CHARGE | Date of Infraction: | Time of Infraction: | Location of Infraction (Lugar de la Infracccion): | Restitution Form Attached: |
|---|---|---|---|---|
| | 6/17/2016 | 10:00 PM | DIVISION 10 | ☐ YES ☐ NO |

| NUMBER | CHARGE |
|---|---|
| 105 | Disorderly Conduct |
| 207 | Fighting |
| 219 | Disobeying or Resisting Orders |

■ DNA

**VICTIM / WITNESS INFORMATION**

| Role | ID # / Star # | Name |
|---|---|---|
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | Deonte Logan |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | Amin Williams |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | Antonio Smith |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | B STRAUCH |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | P Mamaat |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | J TORRES |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | A SWEENEY |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | G Potamites |

**INFRACTION NARRATIVE** *(Infraccion narrativa)*

In summary, on 17Jun16 R/O Potamites #17553 was assigned to Division 10 tier 2D. Detainee Smith and detainees Logan, Deonte #201507731204 and Detainee Williams began arguing and taking a fighting stance. R/O stepped between the detainees and gave verbal orders to all detainees to get back and stop fighting, detainees were not listening and R/O was in fear of his safety and exited the tier. Detainee Logan and Detainee Williams began fighting with detainee Smith and R/O called a 10-10 (inmates fighting) was over the radio. At this time R/O observed Detainee Williams pick up the broom and began to swing it at Detainee Smith R/O gave verbal orders to all detainees to stop fighting and place the weapon on the ground at which time none of the detainees complied. At this time Detainee Williams broke the broom handle in half and began to strike Detainee Smith with both pieces R/O gave verbal orders to all detainees to stop fighting and place the weapon on the ground at which time none of the detainees complied. Once there was an appropriate number of officers to safely enter the tier, R/O with several officers entered the tier and gave verbal orders to all Detainees to stop fighting and lay down on the ground at which time all detainees complied and Sgt Rocco, Sgt Squeo and Lt Thielen arrived on tier. Detainee Smith was kneeling on near the benches and R/O and Ofc Mamaat #17483 approached Detainee Smith and gave him verbal orders to lay down on the ground to be handcuffed at which time Detainee Smith did not comply and refused to lay down on the ground. R/O and Ofc Mamaat took Detainee Smith the to ground and Ofc Strauch #17444 and Ofc Torres #17026 assisted with emergency handcuffing. Detainee smith was then secured in handcuffs and was escorted off the tier by Ofc Torres and Ofc Mamaat to Division 10 holding pending medical evaluation.

Material Confiscated/Evidence Bag Number ***(Attach photocopy of evidence)*** *Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

(FCN-85)(SEP 12)

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #** 20165436

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| SMITH | ANTONIO | 2014 0322031 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

030/Classification

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): R.C.D.C. Supt

DATE REFERRED: 6/28/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:

Detainee's Classification was reviewed on 6-17-16 at that time it was concluded that detainee would remain at maximum classification.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| [illegible] | [signature] Johnson | RTC | 7/1/16 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: ______ ☐ NON-GRIEVANCE SUBJECT CODE: ______ | [signature] | 7/01/16 |

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido)*: 7/01/16

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

I stress that you reconsider or attempt place me on a tier with older inmates or less hostile environments such as back to Div. #2

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

Yes *(Sí)* ☐ No ☒

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:

Original Response to Stand

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| J. Mueller | [signature] | 7/15/16 |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: |
|---|---|
| [signature] | / / |

COOK COUNTY SHERIFF'S OFFICE

(Oficina del Alguacil del Condado de Cook)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

# INMATE GRIEVANCE FORM

(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

| GRIEVANCE FORM PROCESSED AS: | REFERRED TO: |
|---|---|
| ☐ EMERGENCY GRIEVANCE | ☐ CERMAK HEALTH SERVICES |
| ☐ GRIEVANCE | ☐ SUPERINTENDENT: ______ |
| ☐ NON-GRIEVANCE (REQUEST) | ☐ OTHER: ______ |

**INMATE INFORMATION** *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del detenido)* |
|---|---|---|
| SMITH | Antonio | 2014032203 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 10 | 1D Cell 17 | 6-27-2016 |

**INMATE'S BRIEF SUMMARY OF THE COMPLAINT** *(Breve Resumen de los Hechos del Preso)*:

- **An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.**
- **Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.**
- **When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.**
- **Only one (1) issue can be grieved per form.**

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

| DATE OF INCIDENT *(Fecha Del Incidente)* | TIME OF INCIDENT *(Hora Del Incidente)* | SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico Del Incidente)* |
|---|---|---|
| 6-17-2016 | 8 PM | 2D-DIVISION 10 |

On June 16th, I given a refusal ticket for not wanting to leave seg early & go back to divisio 10. On June 17th, I was let out of seg and placed back in division 10 tier 2D, which is the tier I went to the hole from a week prior due to a fight. When the officer let me on the tier, he let out an inmate and this inmate with 2 others came from behind and jumped me. While this took place, the officer ran off the tier & locked the door & refused to open it when I tried to run to the door. I was beat with brooms, stabbed with a broke broom & suffered injuries to my head & broke glasses.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

To have this officer investgated for why he let this inmate out his cell & left the tier and locked the door when I tried to escape from my attackers

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

**(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)**

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE AND DATE: *(Firma del Preso/Fecha)*: |
|---|---|
| | Antonio L. Smith |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW Taylor | Taylor | 6-30-16 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2016 5501

**INMATE INFORMATION** *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| SMITH | ANTONIO | 2014 0322031 |

**GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE**
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

080/ Failure to Protect

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel): O.P.R. I S

DATE REFERRED: 6 / 30 / 16

RESPONSE BY PERSONNEL HANDLING REFERRAL:

See attachment

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| [illegible] | [signature] | 10 | 6 / 30 / 16 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| [illegible] | [signature] | 15 | 6 / 30 / 16 |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: ______<br>☐ NON-GRIEVANCE SUBJECT CODE: ______ | [signature] | 6 / 30 / 16 |

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

** Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud del la apelacion del detenido):* ____ / ____ / ____

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion)*:

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Sí)* ☐ No ☐
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a))*:

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a))*: | SIGNATURE *(Firma del Administrador o / su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| | | ____ / ____ / ____ |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion)*: |
|---|---|
| | ____ / ____ / ____ |

Inmate Grievance Number: **2016x5501**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

INMATE COPY